UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YVONNE M. ANDERSON, | ) | Case No. EDCV 09-00669 VAP(OPx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| FAMILY TREI, INC. et al. Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Mortgage Electronic Registration Systems, Inc. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 28, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge