JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE M. ANDERSON,<br>　　　　Plaintiff,<br>　v.<br>FAMILY TREI, INC., et al.,<br>　　　　Defendants. | Case No. EDCV 09-00669 VAP(OPx)<br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Family Trei, Inc., NDEX West LLC, and IndyMac Federal Bank FSB is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 4, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge